EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Jaime Rodríguez Cora | 2015 TSPR 156<br><br>194 DPR ____ |
| --- | --- |

Número del Caso: TS-9,576


Fecha: 2 de diciembre de 2015


Abogada de la Peticionaria:

        Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*


Jaime Rodríguez Cora                    TS-9576


RESOLUCIÓN

San Juan, Puerto Rico, a 2 de diciembre de 2015

Evaluada la "*Moción en Solicitud de Reinstalación a la Práctica de la Abogacía*", presentada por el señor Rodríguez Cora, se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo